IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERYN HULL and,<br>GARY J. HULL,<br><br>        Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | ) <br>) CIVIL DIVISION<br>) .<br>) No. 2:06-cv-1472<br>)<br>) Judge _____<br>) Magistrate Judge Robert C. Mitchell<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 6th day of Dec., 2006, upon consideration of the foregoing Motion for Remand and to Correct Name of Defendant Wal-Mart Stores, Inc., it is hereby ordered that the Motion is granted. Consistent with the parties' Stipulation, the caption is amended to substitute Wal-Mart Stores East, LP as the defendant and the case is remanded to the Court of Common Pleas of Westmoreland County, Pennsylvania.

BY THE COURT,

_Donetta W. Ambrose_
J.

100690
1384097 v.1